UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DE'VON L. WALKER,

                              Plaintiff,

v.                                                        Case No. 14-cv-1504-pp

LINDSEY JANSEN,
and ANNE SLINGER,

                              Defendants.

---

## ORDER REQUESTING PRO BONO ATTORNEY TO REPRESENT PLAINTIFF

---

At the request of the court, Christopher M. Meuler of Davis & Kuelthau has agreed to represent the plaintiff on a *pro bono* fee basis.

Therefore, the court **REQUESTS** Mr. Christopher M. Meuler to represent the plaintiff in this case, subject to the plaintiff agreeing to the Regulations Governing the Prepayment and Reimbursement of Expenses in *Pro Bono* Cases from the District Court *Pro Bono* Fund (copy attached). Pursuant to Paragraph A.1, Mr. Meuler may represent the plaintiff *pro bono* only if the plaintiff signs and returns the enclosed form expressing his agreement to be bound by the Regulations.

Therefore, the court **ORDERS** that the plaintiff shall sign and return the enclosed Agreement to Reimburse *Pro Bono* Fund by **October 18, 2018**, if he wishes to proceed with *pro bono* counsel in this case.

The court will mail a copy of this order to Attorney Christopher M. Meuler, Davis & Kuelthau, 111 E. Kilbourn Avenue, Suite 1400, Milwaukee, Wisconsin, 53202.

Dated at Milwaukee, Wisconsin this 26th day of September, 2018.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DE'VON L. WALKER,

                                  Plaintiff,

v.                                                    Case No. 14-cv-1504-pp

LINDSEY JANSEN AND
ANNE SLINGER,

                                  Defendants.

---

## AGREEMENT TO REIMBURSE PRO BONO FUND

---

I am the indigent plaintiff in this action and in consideration of the court requesting an attorney to represent me I hereby agree to reimburse the District Court *Pro Bono* Fund out of any proceeds received (1) in settlement of my claim or claims or (2) upon prevailing other than by settlement of my claim or claims, for any expenses and/or costs which are either prepaid from the District Court *Pro Bono* Fund or incurred by my *pro bono* attorney in accordance with the Regulations Governing the Prepayment and Reimbursement of Expenses in *Pro Bono* Cases.

_____        _____
*De'Von L. Walker (signature)*                                        *Date*